UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| VERONICA ELIZABETH SALDANA RUELAS,<br><br>             Plaintiff,<br><br>   v.<br><br>UR MENDOZA JADDOU, *et al.*,<br><br>             Defendants. | CASE NO. 3:24-cv-05663-DGE<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

Plaintiff Veronica Elizabeth Saldana Ruelas filed an Application to Proceed *In Forma Pauperis* ("IFP") in the above-entitled action. Dkt. 1. After careful consideration of the Application, the governing law, and the balance of the record, the Court **ORDERS** as follows:

(1) Because Plaintiff does not appear to have funds available to afford the $405.00 filing fee, Plaintiff financially qualifies for IFP status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, Plaintiff's IFP Application (Dkt. 1) is **GRANTED**.

(2) The Clerk of Court is directed to send a copy of this Order to Plaintiff and to the Honorable David G. Estudillo.

Dated this 15th day of August, 2024.

                                                  Grady J. Leupold
                                                  United States Magistrate Judge