The Honorable David G. Estudillo Chambers

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| VERONICA ELIZABETH SALDANA RUELAS,<br><br>Plaintiff,<br><br>v.<br><br>UR MENDOZA JADDOU, Director of U.S. Citizenship and Immigration Services, *et al.*,<br><br>Defendants. | No. 3:24-cv-5663-DGE<br><br>ORDER GRANTING STIPULATED MOTION FOR A 60-DAY EXTENSION OF TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE PLEAD |

For good cause shown, the Stipulated Motion for a 30-Day Extension of Time for Defendants to Answer or Otherwise Plead is **GRANTED**. Defendants shall answer or otherwise respond to Plaintiff's Complaint on or before Wednesday, November 20, 2024. It is so **ORDERED**.

Dated this 22nd day of October 2024.

_____
CHIEF JUDGE DAVID G. ESTUDILLO
United States District Judge

Presented by:

*/s/ Daniel Schutrum-Boward*
DANIEL SCHUTRUM-BOWARD
Trial Attorney (Md. Bar No. 1812120107)
Office of Immigration Litigation
General Litigation and Appeals Section
Civil Division
U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 532-4067

1 | daniel.r.schutrum-boward@usdoj.gov

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23