UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| VERONICA ELIZABETH SALDANA RUELAS,<br><br>      Plaintiff,<br><br> v.<br><br>UR MENDOZA JADDOU et al.,<br><br>      Defendant. | CASE NO. 3:24-cv-05663-DGE<br><br>MINUTE ORDER |

  The following Minute Order is made by direction of the Court, United States District Judge David G. Estudillo:

  Per Plaintiff's voluntary dismissal (Dkt. No. 8) under Federal Rule of Civil Procedure 41(a)(1)(A)(i), this case is DISMISSED without prejudice. The Clerk shall mark the case as closed.

  Dated this 13th day of November, 2024.

  The foregoing Minute Order authorized by THE HONORABLE DAVID G. ESTUDILLO, UNITED STATES DISTRICT JUDGE.

MINUTE ORDER - 1

MINUTE ORDER - 2